## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BARBARA A. GREEN.,**

    **Plaintiff,**

**vs.**                                  **No.   3:14-cv-873-DRH-SCW**

**MOUNT VERNON CITY
SCHOOLS-DISTRICT 80.,**

    **Defendant.**

### ORDER

**HERNDON, District Judge:**

This case is before the Court on its own motion. The Court has learned that attorney David R. Swimmer, counsel of record for the plaintiff, was subjected to public discipline by another Court. On October 28, 2014, the Missouri Supreme Court suspended Mr. Swimmer's license to practice law indefinitely. The court found that Mr. Swimmer violated Rules 4-1.15(c), 4-1.15(e), 4-8.4(c), 4-8.4(d), 4-1.5, 4-1.4 and 4-1.16(d) of the Rules of Professional Conduct. Upon consideration of these violations, "previous decisions of [the Missouri Supreme Court], ABA Standards for Imposing Lawyer Discipline, and aggravating and mitigating circumstances, [the Missouri Supreme Court] suspend[ed] [Mr. Swimmer's] license indefinitely." Supreme Court Case No. SC94235, *In re: David R. Swimmer, MBE No. 22827* (Mo. Oct. 28, 2014).

Mr. Swimmer did not inform the Clerk of the Court regarding the October 28, 2014 disciplinary action as required by S.D. Ill. L.R. 83.3(c)(1). The Court

ORDERS Mr. Swimmer to file a response to this Order explaining why he failed to

inform the Court regarding the disciplinary action described herein. Mr. Swimmer

must file a response on or before Thursday December 18, 2014.

**IT IS SO ORDERED.**
Signed this 12th day of December, 2014.

Digitally signed by
David R. Herndon
Date: 2014.12.12
16:34:45 -06'00'

**Chief Judge**
**United States District Court**