UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**BARBARA A. GREEN**,

    Plaintiff,

v.

**MOUNT VERNON CITY
SCHOOLS – DISTRICT 80**,

    Defendant.                                   No. 14-cv-873-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 12, 2015 (Doc. 34), this case is **DISMISSED** with prejudice.

                                       **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                                    BY:    */s/Caitlin Fischer*
                                                     **Deputy Clerk**

Dated:  August 17, 2015

Digitally signed by David R. Herndon
Date: 2015.08.17 15:04:00 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT